# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

v.                              NO. 4:09CR00151 HDY

MITCHELL R. SLAUGHTER                                                                 DEFENDANT

## ORDER

The Government has filed the pending motion to dismiss. See Document 4. For the reason stated in the motion, it is granted. The citation evidenced in Violation Notice F3714133 is dismissed pursuant to General Order 52 and Fed. R. Crim. P. 48(a).

IT IS SO ORDERED this ___6___ day of November, 2009.

_____
UNITED STATES MAGISTRATE JUDGE